UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-CV-81767-MIDDLEBROOKS

FRANCIS MARTINEZ,

    Plaintiff,

vs.

PETROLEUM VENTURES CORP.
d/b/a JUNO MOBIL,

    Defendant.
_____/

## ORDER APPROVING CONSENT DECREE AND DISMISSAL OF DEFENDANT WITH PREJUDICE

THIS CAUSE is before the Court on the Parties' Joint Stipulation to Approve Consent Decree and Dismiss Defendant with Prejudice, filed on January 9, 2017. (DE 15). The Court has carefully considered the Joint Stipulation and the Consent Decree attached to the Joint Stipulation as Exhibit "1", and is otherwise fully advised in this matter.

Accordingly, it is **ORDERED** and **ADJUDGED** as follows:

1. The Joint Stipulation to Approve Consent Decree and Dismiss Defendant (DE 15) is hereby **GRANTED**.

2. The Court hereby **APPROVES** the Consent Decree, and Defendant **PETROLEUM VENTURES CORP.** is hereby **DISMISSED WITH PREJUDICE**.

3. The Court retains jurisdiction to enforce the Consent Decree for a period of thirty (30) days.

4. Each party is to bear their own attorney's fees and costs except as detailed in the Parties' Consent Decree.

5. The Clerk of Court shall **CLOSE THIS CASE and DENY** all pending motions **AS MOOT**.

**DONE AND ORDERED** in Chambers, at West Palm Beach, Florida, this 10 day of January, 2017.

DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE

cc:    All Counsel of Record